UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ZACHARIAH MICHAEL POOR BEAR,<br><br>Defendant. | CR. 17-50079-JLV<br><br>VERDICT |

We, the jury duly empaneled and sworn to try the issues in the case, unanimously find as follows:

1. We unanimously find the defendant ZACHARIAH MICHAEL POOR BEAR, __GUILTY__ (fill in either "not guilty" or "guilty") of First Degree Murder as charged in Count I of the indictment.

2. We unanimously find the defendant ZACHARIAH MICHAEL POOR BEAR, __GUILTY__ (fill in either "not guilty" or "guilty") of Assault Resulting in Serious Bodily Injury of a Minor as charged in Count II of the indictment.

__7-13-18__
Date